# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40602**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Isaac R. LICEA**
Airman (E-2), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 30 June 2025

————————————

*Military Judge*: Tiny L. Bowman.

*Sentence*: Sentence adjudged 4 December 2023 by GCM convened at Minot Air Force Base, North Dakota. Sentence entered by the military judge on 11 March 2024: Dishonorable discharge, confinement for 5 years, and reduction to the grade of E-1.

*For Appellant*: Captain Michael J. Bruzik, USAF.

*For Appellee*: Lieutenant Colonel J. Pete Ferrell, USAF; Lieutenant Colonel Jenny A. Liabenow, USAF; Major Jocelyn Q. Wright, USAF; Major Kate E. Lee, USAF; Mary Ellen Payne, Esquire.

Before ANNEXSTAD, DOUGLAS, and PERCLE, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C.

§§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)).* Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

* We order the preparation of an expurgated copy of the entry of judgment in which the name of the victim identified in Specifications 1 and 2 of Charge II are replaced with the initials I.L. *See* Department of the Air Force Instruction 51-201, *Administration of Military Justice*, ¶¶ 20.8.1.4, 20.40.2 (14 Apr. 2022) (where an expurgated copy of the Statement of Trial Results is required, so must an expurgated copy of the entry of judgment be prepared).